PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☒ INDICTMENT  ☐ COMPLAINT    CASE NO. __1:21CR73WES-LDA__

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile

USA vs.

☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Superseding Indictment  ☐ Charges/Counts Added
☐ Information

Defendant: __Jason Collymore__

Address: ▓▓▓▓▓▓▓▓▓▓▓▓

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT    __RHODE ISLAND__
DISTRICT OF __RHODE ISLAND__     Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: __RICHARD B. MYRUS__
☒ U.S. Atty   ☐ Other U.S. Agency
Phone No. __(401) 709-5000__

Name of Asst. U.S. Attorney (if assigned): __Sandra R. Hebert__

☐ Interpreter Required    Dialect: _____

Birth Date: ▓▓▓▓▓▓    ☒ Male  ☐ Female    ☐ Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
__U.S. Probation Office__

Social Security Number: ▓▓▓▓▓▓

☐ person is awaiting trial in another Federal or State Court (give name of court)

### DEFENDANT

Issue: ☐ Warrant   ☐ Summons

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☒ Currently in Federal Custody
☐ Currently in State Custody
    ☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.
__CR09-160-WES__

☒ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Defense Counsel (if any): _____

☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

Place of offense: __RHODE ISLAND__ County

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts __1__

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|-----|---|---|---|
| 1 | 18 U.S.C. § 115(a)(1)(B) | Threat w/ intent to assault a U.S. Probation Officer w/ | ☒ Felony ☐ Misdemeanor |
|  |  | intent to impede, intimidate, & interfere w/ duties | ☐ Felony ☐ Misdemeanor |
| Max | Penalty: 6 yrs imprisonment; $250,000 fine; | 3 yrs S/R; $100 assessment. | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  | Estimated Trial Days: 3 | ☐ Felony ☐ Misdemeanor |